## City of Moline, Appellant, v. Gustaf Johnson, Appellee.

### Gen. No. 6,466.   (Not to be reported in full.)

Appeal from the City Court of Moline; the Hon. G. O. DIETZ, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed May 17, 1917.

### Statement of the Case.

Action by the City of Moline, plaintiff, against Gustaf Johnson, defendant, to recover for damages for personal injuries sustained by reason of a defective street of defendant's. From a judgment for plaintiff for $4,000, defendant appeals.

JAMES M. JOHNSTON, for appellant.

PETER R. INGELSON and DIETZ & SINNETT, for appellee.

PER CURIAM.

### Abstract of the Decision.

1. PLEADING, § 476*—*when declaration good after verdict.* In an action against a city for personal injuries sustained in a public street, where plaintiff attempted to comply with the statute by averring the giving of notice to the city in the language of the act, and no bill of exceptions was incorporated in the record, *held* that, in the absence of demurrer, motion for new trial, or motion in arrest, and of anything on the defendant's part to call the attention of the trial court to the question, the declaration was good after verdict.

2. MUNICIPAL CORPORATIONS, § 1233*—*when giving of statutory notice of injuries must be alleged.* The plaintiff, in an action against a city for personal injuries, has no right of recovery unless he gives the statutory notice and avers and proves that fact.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.